UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 16-42-DLB-CJS-1
CIVIL ACTION NO. 18-108-DLB-CJS

UNITED STATES OF AMERICA                                  PLAINTIFF

v.        **ORDER ADOPTING REPORT AND RECOMMENDATION**

ANTHONY MASON                                          DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the August 28, 2019 Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 118), wherein she recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 98) be denied.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 118) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2) The Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 98) is hereby **denied**;

1

(3) For the reasons set forth in the Magistrate Judge's R&R (Doc. # 118), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4) A separate Judgment will be filed concurrently herewith.

This 27th day of September, 2019.



Signed By:
*David L. Bunning*
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2016\16-42-1 Order Adopting R&R 2255.docx